IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| Wendell M. Robinson | : | Case No.: 23-13788-mdc |
| Debtor | : | |
| | : | |

O R D E R

AND NOW, this  28th  day of  December , 2023, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before January 11, 2024.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE