**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | | |
|---|---|---|
| Cost Center | : | 2503303424 |
| Cost Center Desc | : | ZN-PHILADELPHIA ZONE |
| Department | : | 30018593 |
| Location | : | Valley Forge PA DC |

| | | |
|---|---|---|
| Name | : | Robinson, Wendell |
| Address | : | 618 W. South Avenue |
| | | Glenolden PA  19036 |
| Personnel ID | : | 71058940 |
| Cost Center | : | 2503303424 |
| Payroll Area | : | U1 |

| | | |
|---|---|---|
| Payroll Area Desc | : | Weekly Sales |
| Payroll Period | : | 12/10/2023 to 12/16/2023 |
| Pay Date | : | 12/15/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/15/2023 | 1,272.72 | | 111.17 | | 341.90 | | 819.65 |
| Year to Date | | 79,156.51 | | 10,672.39 | | 18,914.40 | | 49,569.72 |

**Taxable Earnings Summary by Earning Code**

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 875.00 |
| 1116 | Addl Sales OT  .5 | 3.97 |
| 1499 | Performance Pay True Up | 393.75 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,272.72** |

| Taxable Earnings | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 Performance Base Pay | | | | 40.00 | 875.00 | 2000.00 | 43,409.32 |
| 1116 Addl Sales OT  .5 | | | | | | 35.25 | 688.33 |
| 1498 Performance Pay Advance | | | | | | | 8,037.13 |
| 1499 Performance Pay True Up | | | | | | | 16,426.86 |
| 1562 Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677 FLNA Sales Holiday Pay | | | | | | | 1,125.00 |
| 1800 O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 PFP Vacation | | | | | | | 1,551.34 |
| 8104 PFP Sick | | | | | | | 150.00 |
| 8106 PFP Bereavement | | | | | | | 100.00 |
| 1116 Addl Sales OT  .5 | 11/05/2023 -11/11/2023 | 11.02 | | 10.75- | 118.47- | | |
| 1116 Addl Sales OT  .5 | 11/05/2023 -11/11/2023 | 11.39 | | 10.75 | 122.44 | | |
| 1499 Performance Pay True Up | 11/05/2023 -11/11/2023 | | | | 37.50 | | |
| 1499 Performance Pay True Up | 11/12/2023 -11/18/2023 | | | | 37.50 | | |
| 1499 Performance Pay True Up | 11/19/2023 -11/25/2023 | | | | 37.50 | | |
| 1499 Performance Pay True Up | 11/26/2023 -12/02/2023 | | | | 281.25 | | |
| **Total Taxable Earnings** | | | | | **1,272.72** | | **79,156.51** |

| Taxable Earnings by Earning Code by Pay Period | | |
|---|---|---|
| | Retro Period (Blank is Current Pay Period) | Amount |
| 1116 Addl Sales OT  .5 | 11/05/2023 - 11/11/2023 | 3.97 |
| 1499 Performance Pay True Up | 11/05/2023 - 11/11/2023 | 37.50 |
| 1499 Performance Pay True Up | 11/12/2023 - 11/18/2023 | 37.50 |
| 1499 Performance Pay True Up | 11/19/2023 - 11/25/2023 | 37.50 |
| 1499 Performance Pay True Up | 11/26/2023 - 12/02/2023 | 281.25 |
| 1007 Performance Base Pay | | 875.00 |
| **Total Taxable Earnings by Earning Code by Pay Period** | | **1,272.72**   67.50 |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 Imputed Basic Life | | | | 0.55 | | 27.50 |
| 1920 Recognition/service award | | | | | | 67.50 |
| **Total Imputed Income & Stock Transactions** | | | | **0.55** | | **95.00** |

| Pre Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2000 401(k) Plan 1 | | 11.48 | 4,961.13 |
| 2021 Medical Pre-Tax | | 54.50 | 2,371.42 |
| 2023 Dental Pre-Tax | | 38.06 | 1,753.78 |
| 2024 Vision Pre-Tax | | 3.69 | 168.48 |
| 2030 Health Savings Account | | 19.23 | 961.50 |
| 2040 AD&D - Employee | | 3.46 | 173.00 |
| 2041 Spouse AD&D | | 0.87 | 30.10 |
| 2042 Child AD&D | | 0.09 | 4.50 |
| 2080 Short Term Disability | | 7.97 | 398.50 |
| 3603 O/P Recovery - Reg 401k | | 125.00 | 4,791.19 |
| **Total Pre Tax Deductions** | | **264.35** | **15,613.60** |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | | |
|---|---|---|
| Cost Center | : | 2503303424 |
| Cost Center Desc | : | ZN-PHILADELPHIA ZONE |
| Department | : | 30018593 |
| Location | : | Valley Forge PA DC |

| | | |
|---|---|---|
| **Name** | : | Robinson, Wendell |
| **Address** | : | 618 W. South Avenue |
| | | Glenolden PA  19036 |
| **Personnel ID** | : | 71058940 |
| **Cost Center** | : | 2503303424 |
| **Payroll Area** | : | U1 |

| | | |
|---|---|---|
| Payroll Area Desc | : | Weekly Sales |
| Payroll Period | : | 12/10/2023 to 12/16/2023 |
| Pay Date | : | 12/15/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/15/2023 | 1,272.72 | | 111.17 | | 341.90 | | 819.65 |
| Year to Date | | 79,156.51 | | 10,672.39 | | 18,914.40 | | 49,569.72 |

| Post Tax Deductions | | Retro Period | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| 2501 | 401(k) Loan 1 Plan 1 | | | 37.28 | 1,864.00 |
| 2510 | Stock Purchase Plan | | | 10.00 | 320.00 |
| 2521 | Addt'l Emp Life | | | 12.98 | 649.00 |
| 2522 | Child Life | | | 0.48 | 24.00 |
| 2523 | Spouse Trm Life | | | 0.88 | 30.45 |
| 2560 | LTD | | | 4.45 | 222.50 |
| 2582 | Roth 401(k) Plan 1 | | | 11.48 | 190.85 |
| **Total Post Tax Deductions** | | | | **77.55** | **3,300.80** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | **Federal** | | | | |
| Withholding Tax | | | 1,008.92 | 3,217.31 | 63,637.91 |
| EE Social Security Tax | | 63.26 | 1,020.40 | 4,253.14 | 68,599.04 |
| EE Medicare Tax | | 14.80 | 1,020.40 | 994.69 | 68,599.04 |
| **State** | **Pennsylvania** | | | | |
| Withholding Tax | | 31.31 | 1,019.85 | 2,105.15 | 68,571.54 |
| EE Unemployment Tax | | 0.80 | 1,147.72 | 52.10 | 74,432.82 |
| **City** | **Upper Merion Township** | | | | |
| Local Services Tax | | 1.00 | 1,019.85 | 50.00 | 68,571.54 |
| **Total Tax Deductions** | | **111.17** | | **10,672.39** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002073001 | 819.65 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center | : 2503303424 |
| Cost Center Desc | : ZN-PHILADELPHIA ZONE |
| Department | : 30018593 |
| Location | : Valley Forge PA DC |

| | |
|---|---|
| Name | : Robinson, Wendell |
| Address | : 618 W. South Avenue |
| | Glenolden PA  19036 |
| Personnel ID | : 71058940 |
| Cost Center | : 2503303424 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 12/03/2023 to 12/09/2023 |
| Pay Date | : 12/08/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/08/2023 | 1,243.75 | | 108.05 | | 341.32 | | 794.38 |
| Year to Date | | 77,883.79 | | 10,561.22 | | 18,572.50 | | 48,750.07 |

**Taxable Earnings Summary by Earning Code**

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 875.00 |
| 1498 | Performance Pay Advance | 243.75 |
| 1677 | FLNA Sales Holiday Pay | 125.00 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,243.75** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 875.00 | 1960.00 | 42,534.32 |
| 1116 | Addl Sales OT  .5 | | | | | | 35.25 | 684.36 |
| 1498 | Performance Pay Advance | | | | | | | 8,037.13 |
| 1499 | Performance Pay True Up | | | | | | | 16,033.11 |
| 1562 | Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 1,125.00 |
| 1800 | O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 | PFP Vacation | | | | | | | 1,551.34 |
| 8104 | PFP Sick | | | | | | | 150.00 |
| 8106 | PFP Bereavement | | | | | | | 100.00 |
| 1498 | Performance Pay Advance | 11/19/2023 -11/25/2023 | | | | 243.75 | | |
| 1677 | FLNA Sales Holiday Pay | 11/19/2023 -11/25/2023 | | | | 125.00 | | |
| **Total Taxable Earnings** | | | | | | **1,243.75** | | **77,883.79** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.55 | | 26.95 |
| 1920 | Recognition/service award | | | | | | 67.50 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.55** | | **94.45** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 11.19 | 4,949.65 |
| 2021 | Medical Pre-Tax | | 54.50 | 2,316.92 |
| 2023 | Dental Pre-Tax | | 38.06 | 1,715.72 |
| 2024 | Vision Pre-Tax | | 3.69 | 164.79 |
| 2030 | Health Savings Account | | 19.23 | 942.27 |
| 2040 | AD&D - Employee | | 3.46 | 169.54 |
| 2041 | Spouse AD&D | | 0.87 | 29.23 |
| 2042 | Child AD&D | | 0.09 | 4.41 |
| 2080 | Short Term Disability | | 7.97 | 390.53 |
| 3603 | O/P Recovery - Reg 401k | | 125.00 | 4,666.19 |
| **Total Pre Tax Deductions** | | | **264.06** | **15,349.25** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2501 | 401(k) Loan 1 Plan 1 | | 37.28 | 1,826.72 |
| 2510 | Stock Purchase Plan | | 10.00 | 310.00 |
| 2521 | Addt'l Emp Life | | 12.98 | 636.02 |
| 2522 | Child Life | | 0.48 | 23.52 |
| 2523 | Spouse Trm Life | | 0.88 | 29.57 |
| 2560 | LTD | | 4.45 | 218.05 |
| 2582 | Roth 401(k) Plan 1 | | 11.19 | 179.37 |
| **Total Post Tax Deductions** | | | **77.26** | **3,223.25** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Federal | Federal | | | | |
| Withholding Tax | | 980.24 | 3,217.31 | | 62,628.99 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center : | 2503303424 |
| Cost Center Desc : | ZN-PHILADELPHIA ZONE |
| Department : | 30018593 |
| Location : | Valley Forge PA DC |

| | |
|---|---|
| Name : | Robinson, Wendell |
| Address : | 618 W. South Avenue |
| | Glenolden PA  19036 |
| Personnel ID : | 71058940 |
| Cost Center : | 2503303424 |
| Payroll Area : | U1 |

| | |
|---|---|
| Payroll Area Desc : | Weekly Sales |
| Payroll Period : | 12/03/2023 to 12/09/2023 |
| Pay Date : | 12/08/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/08/2023 | 1,243.75 | | 108.05 | | 341.32 | | 794.38 |
| Year to Date | | 77,883.79 | | 10,561.22 | | 18,572.50 | | 48,750.07 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| EE Social Security Tax | | 61.47 | 991.43 | 4,189.88 | 67,578.64 |
| EE Medicare Tax | | 14.38 | 991.43 | 979.89 | 67,578.64 |
| **State** | **Pennsylvania** | | | | |
| Withholding Tax | | 30.42 | 990.88 | 2,073.84 | 67,551.69 |
| EE Unemployment Tax | | 0.78 | 1,118.75 | 51.30 | 73,285.10 |
| **City** | **Upper Merion Township** | | | | |
| Local Services Tax | | 1.00 | 990.88 | 49.00 | 67,551.69 |
| **Total Tax Deductions** | | **108.05** | | **10,561.22** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002067001 | 794.38 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center | : 2503303424 |
| Cost Center Desc | : ZN-PHILADELPHIA ZONE |
| Department | : 30018593 |
| Location | : Valley Forge PA DC |

| | |
|---|---|
| Name      : | Robinson, Wendell |
| Address   : | 618 W. South Avenue |
| | Glenolden PA 19036 |
| Personnel ID : | 71058940 |
| Cost Center : | 2503303424 |
| Payroll Area : | U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 11/26/2023 to 12/02/2023 |
| Pay Date | : 12/01/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/01/2023 | 1,118.75 | | 94.56 | | 338.82 | | 685.37 |
| Year to Date | | 76,640.04 | | 10,453.17 | | 18,231.18 | | 47,955.69 |

### Taxable Earnings Summary by Earning Code

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 875.00 |
| 1498 | Performance Pay Advance | 243.75 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,118.75** |

| Taxable Earnings | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007  Performance Base Pay | | | | 40.00 | 875.00 | 1920.00 | 41,659.32 |
| 1116  Addl Sales OT  .5 | | | | | | 35.25 | 684.36 |
| 1498  Performance Pay Advance | | | | | | | 7,793.38 |
| 1499  Performance Pay True Up | | | | | | | 16,033.11 |
| 1562  Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677  FLNA Sales Holiday Pay | | | | | | | 1,000.00 |
| 1800  O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103  PFP Vacation | | | | | | | 1,551.34 |
| 8104  PFP Sick | | | | | | | 150.00 |
| 8106  PFP Bereavement | | | | | | | 100.00 |
| 1498  Performance Pay Advance  11/12/2023 -11/18/2023 | | | | | 243.75 | | |
| **Total Taxable Earnings** | | | | | **1,118.75** | | **76,640.04** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922  Imputed Basic Life | | | | 0.55 | | 26.40 |
| 1920  Recognition/service award | | | | | | 67.50 |
| **Total Imputed Income & Stock Transactions** | | | | **0.55** | | **93.90** |

| Pre Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2000  401(k) Plan 1 | | 9.94 | 4,938.46 |
| 2021  Medical Pre-Tax | | 54.50 | 2,262.42 |
| 2023  Dental Pre-Tax | | 38.06 | 1,677.66 |
| 2024  Vision Pre-Tax | | 3.69 | 161.10 |
| 2030  Health Savings Account | | 19.23 | 923.04 |
| 2040  AD&D - Employee | | 3.46 | 166.08 |
| 2041  Spouse AD&D | | 0.87 | 28.36 |
| 2042  Child AD&D | | 0.09 | 4.32 |
| 2080  Short Term Disability | | 7.97 | 382.56 |
| 3603  O/P Recovery - Reg 401k | | 125.00 | 4,541.19 |
| **Total Pre Tax Deductions** | | **262.81** | **15,085.19** |

| Post Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2501  401(k) Loan 1 Plan 1 | | 37.28 | 1,789.44 |
| 2510  Stock Purchase Plan | | 10.00 | 300.00 |
| 2521  Addt'l Emp Life | | 12.98 | 623.04 |
| 2522  Child Life | | 0.48 | 23.04 |
| 2523  Spouse Trm Life | | 0.88 | 28.69 |
| 2560  LTD | | 4.45 | 213.60 |
| 2582  Roth 401(k) Plan 1 | | 9.94 | 168.18 |
| **Total Post Tax Deductions** | | **76.01** | **3,145.99** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | **Federal** | | | | |
| Withholding Tax | | | 856.49 | 3,217.31 | 61,648.75 |
| EE Social Security Tax | | 53.72 | 866.43 | 4,128.41 | 66,587.21 |
| EE Medicare Tax | | 12.56 | 866.43 | 965.51 | 66,587.21 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center : | 2503303424 |
| Cost Center Desc : | ZN-PHILADELPHIA ZONE |
| Department : | 30018593 |
| Location : | Valley Forge PA DC |

| | |
|---|---|
| Name : | Robinson, Wendell |
| Address : | 618 W. South Avenue |
| | Glenolden PA  19036 |
| Personnel ID : | 71058940 |
| Cost Center : | 2503303424 |
| Payroll Area : | U1 |

| | |
|---|---|
| Payroll Area Desc : | Weekly Sales |
| Payroll Period : | 11/26/2023 to 12/02/2023 |
| Pay Date : | 12/01/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/01/2023 | 1,118.75 | | 94.56 | | 338.82 | | 685.37 |
| Year to Date | | 76,640.04 | | 10,453.17 | | 18,231.18 | | 47,955.69 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **State** | Pennsylvania | | | | |
| Withholding Tax | | 26.58 | 865.88 | 2,043.42 | 66,560.81 |
| EE Unemployment Tax | | 0.70 | 993.75 | 50.52 | 72,166.35 |
| **City** | Upper Merion Township | | | | |
| Local Services Tax | | 1.00 | 865.88 | 48.00 | 66,560.81 |
| **Total Tax Deductions** | | **94.56** | | **10,453.17** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002064001 | 685.37 |

| Rolling Frito-Lay Sales, LP | | Cost Center | : | 2503303424 |
|---|---|---|---|---|
| 7701 Legacy Drive | | Cost Center Desc | : | ZN-PHILADELPHIA ZONE |
| Plano , TX 75024-0000 | | Department | : | 30018593 |
| | | Location | : | Valley Forge PA DC |

| Name | : | Robinson, Wendell | Payroll Area Desc | : | Weekly Sales |
|---|---|---|---|---|---|
| Address | : | 618 W. South Avenue | Payroll Period | : | 11/19/2023 to 11/25/2023 |
| | | Glenolden PA  19036 | Pay Date | : | 11/24/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| Personnel ID | : | 71058940 |
|---|---|---|
| Cost Center | : | 2503303424 |
| Payroll Area | : | U1 |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 11/24/2023 | 1,237.22 | | 107.35 | | 341.18 | | 788.69 |
| Year to Date | | 75,521.29 | | 10,358.61 | | 17,892.36 | | 47,270.32 |

| Taxable Earnings Summary by Earning Code | | |
|---|---|---|
| | | Amount |
| 1007 | Performance Base Pay | 875.00 |
| 1116 | Addl Sales OT  .5 | 118.47 |
| 1498 | Performance Pay Advance | 243.75 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,237.22** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 875.00 | 1880.00 | 40,784.32 |
| 1116 | Addl Sales OT  .5 | | | | | | 35.25 | 684.36 |
| 1498 | Performance Pay Advance | | | | | | | 7,549.63 |
| 1499 | Performance Pay True Up | | | | | | | 16,033.11 |
| 1562 | Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 1,000.00 |
| 1800 | O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 | PFP Vacation | | | | | | | 1,551.34 |
| 8104 | PFP Sick | | | | | | | 150.00 |
| 8106 | PFP Bereavement | | | | | | | 100.00 |
| 1116 | Addl Sales OT  .5 | 11/05/2023 -11/11/2023 | 11.02 | | 10.75 | 118.47 | | |
| 1498 | Performance Pay Advance | 11/05/2023 -11/11/2023 | | | | 243.75 | | |
| 9088 | Total Hrs Paid inc Hol | 11/05/2023 -11/11/2023 | | | 50.75 | | | |
| **Total Taxable Earnings** | | | | | | **1,237.22** | | **75,521.29** |

| Imputed Income & Stock Transactions | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.55 | | 25.85 |
| 1920 | Recognition/service award | | | | | | 67.50 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.55** | | **93.35** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 11.12 | 4,928.52 |
| 2021 | Medical Pre-Tax | | 54.50 | 2,207.92 |
| 2023 | Dental Pre-Tax | | 38.06 | 1,639.60 |
| 2024 | Vision Pre-Tax | | 3.69 | 157.41 |
| 2030 | Health Savings Account | | 19.23 | 903.81 |
| 2040 | AD&D - Employee | | 3.46 | 162.62 |
| 2041 | Spouse AD&D | | 0.87 | 27.49 |
| 2042 | Child AD&D | | 0.09 | 4.23 |
| 2080 | Short Term Disability | | 7.97 | 374.59 |
| 3603 | O/P Recovery - Reg 401k | | 125.00 | 4,416.19 |
| **Total Pre Tax Deductions** | | | **263.99** | **14,822.38** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2501 | 401(k) Loan 1 Plan 1 | | 37.28 | 1,752.16 |
| 2510 | Stock Purchase Plan | | 10.00 | 290.00 |
| 2521 | Addt'l Emp Life | | 12.98 | 610.06 |
| 2522 | Child Life | | 0.48 | 22.56 |
| 2523 | Spouse Trm Life | | 0.88 | 27.81 |
| 2560 | LTD | | 4.45 | 209.15 |
| 2582 | Roth 401(k) Plan 1 | | 11.12 | 158.24 |
| **Total Post Tax Deductions** | | | **77.19** | **3,069.98** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | **Federal** | | | | |

| | | | |
|---|---|---|---|
| **Rolling Frito-Lay Sales, LP**<br>**7701 Legacy Drive**<br>**Plano , TX 75024-0000** | **Cost Center**<br>**Cost Center Desc**<br>**Department**<br>**Location** | :<br>:<br>:<br>: | 2503303424<br>ZN-PHILADELPHIA ZONE<br>30018593<br>Valley Forge PA DC |

| | | | |
|---|---|---|---|
| Name : Robinson, Wendell<br>Address : 618 W. South Avenue<br>Glenolden PA 19036<br><br>Personnel ID : 71058940<br>Cost Center : 2503303424<br>Payroll Area : U1 | Payroll Area Desc : Weekly Sales<br>Payroll Period : 11/19/2023 to 11/25/2023<br>Pay Date : 11/24/2023 | | |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 11/24/2023 | 1,237.22 | | 107.35 | | 341.18 | | 788.69 |
| Year to Date | | 75,521.29 | | 10,358.61 | | 17,892.36 | | 47,270.32 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | | 973.78 | 3,217.31 | 60,792.26 |
| EE Social Security Tax | | 61.07 | 984.90 | 4,074.69 | 65,720.78 |
| EE Medicare Tax | | 14.28 | 984.90 | 952.95 | 65,720.78 |
| **State** | **Pennsylvania** | | | | |
| Withholding Tax | | 30.22 | 984.35 | 2,016.84 | 65,694.93 |
| EE Unemployment Tax | | 0.78 | 1,112.22 | 49.82 | 71,172.60 |
| **City** | **Upper Merion Township** | | | | |
| Local Services Tax | | 1.00 | 984.35 | 47.00 | 65,694.93 |
| **Total Tax Deductions** | | **107.35** | | **10,358.61** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002061001 | 788.69 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center : | 2503303424 |
| Cost Center Desc : | ZN-PHILADELPHIA ZONE |
| Department : | 30018593 |
| Location : | Valley Forge PA DC |

| | |
|---|---|
| Name : | Robinson, Wendell |
| Address : | 618 W. South Avenue |
| | Glenolden PA  19036 |
| Personnel ID : | 71058940 |
| Cost Center : | 2503303424 |
| Payroll Area : | U1 |

| | |
|---|---|
| Payroll Area Desc : | Weekly Sales |
| Payroll Period : | 11/12/2023 to 11/18/2023 |
| Pay Date : | 11/17/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 11/17/2023 | 1,265.15 | | 110.36 | | 341.74 | | 813.05 |
| Year to Date | | 74,284.07 | | 10,251.26 | | 17,551.18 | | 46,481.63 |

| Taxable Earnings Summary by Earning Code | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Amount |
| 1007 | Performance Base Pay | | | | | 875.00 |
| 1116 | Addl Sales OT  .5 | | | | | 3.90 |
| 1499 | Performance Pay True Up | | | | | 386.25 |
| **Total Taxable Earnings Summary by Earning Code** | | | | | | **1,265.15** |

| Taxable Earnings | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 875.00 | 1840.00 | 39,909.32 |
| 1116 | Addl Sales OT  .5 | | | | | | 24.50 | 565.89 |
| 1498 | Performance Pay Advance | | | | | | | 7,305.88 |
| 1499 | Performance Pay True Up | | | | | | | 16,033.11 |
| 1562 | Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 1,000.00 |
| 1800 | O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 | PFP Vacation | | | | | | | 1,551.34 |
| 8104 | PFP Sick | | | | | | | 150.00 |
| 8106 | PFP Bereavement | | | | | | | 100.00 |
| 1116 | Addl Sales OT  .5 | 10/08/2023 -10/14/2023 | 13.32 | | 10.25- | 136.53- | | |
| 1116 | Addl Sales OT  .5 | 10/08/2023 -10/14/2023 | 13.70 | | 10.25 | 140.43 | | |
| 1499 | Performance Pay True Up | 10/08/2023 -10/14/2023 | | | | 37.50 | | |
| 1499 | Performance Pay True Up | 10/15/2023 -10/21/2023 | | | | 30.00 | | |
| 1499 | Performance Pay True Up | 10/22/2023 -10/28/2023 | | | | 37.50 | | |
| 1499 | Performance Pay True Up | 10/29/2023 -11/04/2023 | | | | 281.25 | | |
| **Total Taxable Earnings** | | | | | | **1,265.15** | | **74,284.07** |

| Taxable Earnings by Earning Code by Pay Period | | | |
|---|---|---|---|
| | | Retro Period (Blank is Current Pay Period) | Amount |
| 1116 | Addl Sales OT  .5 | 10/08/2023 - 10/14/2023 | 3.90 |
| 1499 | Performance Pay True Up | 10/08/2023 - 10/14/2023 | 37.50 |
| 1499 | Performance Pay True Up | 10/15/2023 - 10/21/2023 | 30.00 |
| 1499 | Performance Pay True Up | 10/22/2023 - 10/28/2023 | 37.50 |
| 1499 | Performance Pay True Up | 10/29/2023 - 11/04/2023 | 281.25 |
| 1007 | Performance Base Pay | | 875.00 |
| **Total Taxable Earnings by Earning Code by Pay Period** | | | **1,265.15** | | | **67.50** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.55 | | 25.30 |
| 1920 | Recognition/service award | | | | | | 67.50 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.55** | | **92.80** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 11.40 | 4,917.40 |
| 2021 | Medical Pre-Tax | | 54.50 | 2,153.42 |
| 2023 | Dental Pre-Tax | | 38.06 | 1,601.54 |
| 2024 | Vision Pre-Tax | | 3.69 | 153.72 |
| 2030 | Health Savings Account | | 19.23 | 884.58 |
| 2040 | AD&D - Employee | | 3.46 | 159.16 |
| 2041 | Spouse AD&D | | 0.87 | 26.62 |
| 2042 | Child AD&D | | 0.09 | 4.14 |
| 2080 | Short Term Disability | | 7.97 | 366.62 |
| 3603 | O/P Recovery - Reg 401k | | 125.00 | 4,291.19 |
| **Total Pre Tax Deductions** | | | **264.27** | **14,558.39** |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| Cost Center | : | 2503303424 |
| --- | --- | --- |
| Cost Center Desc | : | ZN-PHILADELPHIA ZONE |
| Department | : | 30018593 |
| Location | : | Valley Forge PA DC |

| Name | : | Robinson, Wendell |
| --- | --- | --- |
| Address | : | 618 W. South Avenue |
| | | Glenolden PA  19036 |
| Personnel ID | : | 71058940 |
| Cost Center | : | 2503303424 |
| Payroll Area | : | U1 |

| Payroll Area Desc | : | Weekly Sales |
| --- | --- | --- |
| Payroll Period | : | 11/12/2023 to 11/18/2023 |
| Pay Date | : | 11/17/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
| --- | --- | --- | --- |
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Current | 11/17/2023 | 1,265.15 | | 110.36 | | 341.74 | | 813.05 |
| Year to Date | | 74,284.07 | | 10,251.26 | | 17,551.18 | | 46,481.63 |

| Post Tax Deductions | | Retro Period | | | Current Amount | | YTD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Post Tax Deductions | | Retro Period | | | Current Amount | | YTD Amount |
| 2501 | 401(k) Loan 1 Plan 1 | | | | 37.28 | | 1,714.88 |
| 2510 | Stock Purchase Plan | | | | 10.00 | | 280.00 |
| 2521 | Addt'l Emp Life | | | | 12.98 | | 597.08 |
| 2522 | Child Life | | | | 0.48 | | 22.08 |
| 2523 | Spouse Trm Life | | | | 0.88 | | 26.93 |
| 2560 | LTD | | | | 4.45 | | 204.70 |
| 2582 | Roth 401(k) Plan 1 | | | | 11.40 | | 147.12 |
| **Total Post Tax Deductions** | | | | | **77.47** | | **2,992.79** |

| Employee Tax Deductions | | Retro Period | | Current Period | | Year to Date | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Tax | Tax Gross | Tax | Tax Gross |
| Federal | | Federal | | | | | |
|   Withholding Tax | | | | | 1,001.43 | 3,217.31 | 59,818.48 |
|   EE Social Security Tax | | | | 62.79 | 1,012.83 | 4,013.62 | 64,735.88 |
|   EE Medicare Tax | | | | 14.69 | 1,012.83 | 938.67 | 64,735.88 |
| State | | Pennsylvania | | | | | |
|   Withholding Tax | | | | 31.08 | 1,012.28 | 1,986.62 | 64,710.58 |
|   EE Unemployment Tax | | | | 0.80 | 1,140.15 | 49.04 | 70,060.38 |
| City | | Upper Merion Township | | | | | |
|   Local Services Tax | | | | 1.00 | 1,012.28 | 46.00 | 64,710.58 |
| **Total Tax Deductions** | | | | **110.36** | | **10,251.26** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002058001 | 813.05 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| Cost Center | : | 2503303424 |
| Cost Center Desc | : | ZN-PHILADELPHIA ZONE |
| Department | : | 30018593 |
| Location | : | Valley Forge PA DC |

| Name | : | Robinson, Wendell |
| Address | : | 618 W. South Avenue |
| | | Glenolden PA  19036 |
| Personnel ID | : | 71058940 |
| Cost Center | : | 2503303424 |
| Payroll Area | : | U1 |

| Payroll Area Desc | : | Weekly Sales |
| Payroll Period | : | 10/29/2023 to 11/04/2023 |
| Pay Date | : | 11/03/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 11/03/2023 | 1,477.76 | | 139.48 | | 346.00 | | 992.28 |
| Year to Date | | 71,900.17 | | 10,046.35 | | 16,870.62 | | 44,983.20 |

| Taxable Earnings Summary by Earning Code | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Amount | |
| 1007 | Performance Base Pay | | | | | 875.00 | |
| 1116 | Addl Sales OT  .5 | | | | | 12.16 | |
| 1498 | Performance Pay Advance | | | | | 195.00 | |
| 1499 | Performance Pay True Up | | | | | 320.60 | |
| 8104 | PFP Sick | | | | | 75.00 | |
| **Total Taxable Earnings Summary by Earning Code** | | | | | | **1,477.76** | |

| Taxable Earnings | | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 875.00 | 1760.00 | 38,159.32 |
| 1116 | Addl Sales OT  .5 | | | | | | 24.50 | 561.99 |
| 1498 | Performance Pay Advance | | | | | | | 7,062.13 |
| 1499 | Performance Pay True Up | | | | | | | 15,646.86 |
| 1562 | Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 1,000.00 |
| 1800 | O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 | PFP Vacation | | | | | | | 1,551.34 |
| 8104 | PFP Sick | | | | | | | 150.00 |
| 8106 | PFP Bereavement | | | | | | | 100.00 |
| 1116 | Addl Sales OT  .5 | 09/17/2023 -09/23/2023 | 29.61 | | 6.25- | 185.06- | | |
| 1116 | Addl Sales OT  .5 | 09/17/2023 -09/23/2023 | 30.48 | | 6.25 | 190.50 | | |
| 1116 | Addl Sales OT  .5 | 10/01/2023 -10/07/2023 | 28.53 | | 8.00- | 228.24- | | |
| 1116 | Addl Sales OT  .5 | 10/01/2023 -10/07/2023 | 29.37 | | 8.00 | 234.96 | | |
| 1498 | Performance Pay Advance | 10/15/2023 -10/21/2023 | | | | 195.00 | | |
| 1499 | Performance Pay True Up | 09/10/2023 -09/16/2023 | | | | 80.15 | | |
| 1499 | Performance Pay True Up | 09/17/2023 -09/23/2023 | | | | 80.15 | | |
| 1499 | Performance Pay True Up | 09/24/2023 -09/30/2023 | | | | 80.15 | | |
| 1499 | Performance Pay True Up | 10/01/2023 -10/07/2023 | | | | 80.15 | | |
| 8104 | PFP Sick | 10/15/2023 -10/21/2023 | | | | 75.00 | | |
| **Total Taxable Earnings** | | | | | | **1,477.76** | | **71,900.17** |

| Taxable Earnings by Earning Code by Pay Period | | | | |
|---|---|---|---|---|
| | | Retro Period (Blank is Current Pay Period) | Amount | |
| 1116 | Addl Sales OT  .5 | 09/17/2023 - 09/23/2023 | 5.44 | |
| 1116 | Addl Sales OT  .5 | 10/01/2023 - 10/07/2023 | 6.72 | |
| 1498 | Performance Pay Advance | 10/15/2023 - 10/21/2023 | 195.00 | |
| 1499 | Performance Pay True Up | 09/10/2023 - 09/16/2023 | 80.15 | |
| 1499 | Performance Pay True Up | 09/17/2023 - 09/23/2023 | 80.15 | |
| 1499 | Performance Pay True Up | 09/24/2023 - 09/30/2023 | 80.15 | |
| 1499 | Performance Pay True Up | 10/01/2023 - 10/07/2023 | 80.15 | |
| 8104 | PFP Sick | 10/15/2023 - 10/21/2023 | 75.00 | |
| 1007 | Performance Base Pay | | 875.00 | |
| **Total Taxable Earnings by Earning Code by Pay Period** | | | **1,477.76** | **67.50** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.55 | | 24.20 |
| 1920 | Recognition/service award | | | | 13.50 | | 67.50 |
| **Total Imputed Income & Stock Transactions** | | | | | **14.05** | | **91.70** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 13.53 | 4,896.06 |
| 2021 | Medical Pre-Tax | | 54.50 | 2,044.42 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center : | 2503303424 |
| Cost Center Desc : | ZN-PHILADELPHIA ZONE |
| Department : | 30018593 |
| Location : | Valley Forge PA DC |

| | |
|---|---|
| Name : | Robinson, Wendell |
| Address : | 618 W. South Avenue |
| | Glenolden PA  19036 |
| Personnel ID : | 71058940 |
| Cost Center : | 2503303424 |
| Payroll Area : | U1 |

| | |
|---|---|
| Payroll Area Desc : | Weekly Sales |
| Payroll Period : | 10/29/2023 to 11/04/2023 |
| Pay Date : | 11/03/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 11/03/2023 | 1,477.76 | | 139.48 | | 346.00 | | 992.28 |
| Year to Date | | 71,900.17 | | 10,046.35 | | 16,870.62 | | 44,983.20 |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2023 | Dental Pre-Tax | | 38.06 | 1,525.42 |
| 2024 | Vision Pre-Tax | | 3.69 | 146.34 |
| 2030 | Health Savings Account | | 19.23 | 846.12 |
| 2040 | AD&D - Employee | | 3.46 | 152.24 |
| 2041 | Spouse AD&D | | 0.87 | 24.88 |
| 2042 | Child AD&D | | 0.09 | 3.96 |
| 2080 | Short Term Disability | | 7.97 | 350.68 |
| 3603 | O/P Recovery - Reg 401k | | 125.00 | 4,041.19 |
| **Total Pre Tax Deductions** | | | **266.40** | **14,031.31** |
| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
| 2501 | 401(k) Loan 1 Plan 1 | | 37.28 | 1,640.32 |
| 2510 | Stock Purchase Plan | | 10.00 | 260.00 |
| 2521 | Addt'l Emp Life | | 12.98 | 571.12 |
| 2522 | Child Life | | 0.48 | 21.12 |
| 2523 | Spouse Trm Life | | 0.88 | 25.17 |
| 2560 | LTD | | 4.45 | 195.80 |
| 2582 | Roth 401(k) Plan 1 | | 13.53 | 125.78 |
| **Total Post Tax Deductions** | | | **79.60** | **2,839.31** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | **Federal** | | | | |
| Withholding Tax | | 4.74 | 1,225.41 | 3,217.31 | 57,960.56 |
| EE Social Security Tax | | 76.81 | 1,238.94 | 3,897.11 | 62,856.62 |
| EE Medicare Tax | | 17.96 | 1,238.94 | 911.42 | 62,856.62 |
| **State** | **Pennsylvania** | | | | |
| Withholding Tax | | 38.01 | 1,238.39 | 1,928.96 | 62,832.42 |
| EE Unemployment Tax | | 0.96 | 1,366.26 | 47.55 | 67,926.48 |
| **City** | **Upper Merion Township** | | | | |
| Local Services Tax | | 1.00 | 1,238.39 | 44.00 | 62,832.42 |
| **Total Tax Deductions** | | **139.48** | | **10,046.35** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002049001 | 992.28 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center : | 2503303424 |
| Cost Center Desc : | ZN-PHILADELPHIA ZONE |
| Department : | 30018593 |
| Location : | Valley Forge PA DC |

| | |
|---|---|
| Name : | Robinson, Wendell |
| Address : | 618 W. South Avenue |
| | Glenolden PA  19036 |
| Personnel ID : | 71058940 |
| Cost Center : | 2503303424 |
| Payroll Area : | U1 |

| | |
|---|---|
| Payroll Area Desc : | Weekly Sales |
| Payroll Period : | 10/22/2023 to 10/28/2023 |
| Pay Date : | 10/27/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 10/27/2023 | 1,475.28 | | 134.56 | | 345.94 | | 994.78 |
| Year to Date | | 70,422.41 | | 9,906.87 | | 16,524.62 | | 43,990.92 |

| Taxable Earnings Summary by Earning Code | | |
|---|---|---|
| | | Amount |
| 1007 | Performance Base Pay | 875.00 |
| 1116 | Addl Sales OT  .5 | 136.53 |
| 1498 | Performance Pay Advance | 243.75 |
| 1562 | Extra Days Pay-Sls | 220.00 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,475.28** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 875.00 | 1720.00 | 37,284.32 |
| 1116 | Addl Sales OT  .5 | | | | | | 24.50 | 549.83 |
| 1498 | Performance Pay Advance | | | | | | | 6,867.13 |
| 1499 | Performance Pay True Up | | | | | | | 15,326.26 |
| 1562 | Extra Days Pay-Sls | | | | | | | 620.00 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 1,000.00 |
| 1800 | O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 | PFP Vacation | | | | | | | 1,551.34 |
| 8104 | PFP Sick | | | | | | | 75.00 |
| 8106 | PFP Bereavement | | | | | | | 100.00 |
| 1116 | Addl Sales OT  .5 | 10/08/2023 -10/14/2023 | 13.32 | | 10.25 | 136.53 | | |
| 1498 | Performance Pay Advance | 10/08/2023 -10/14/2023 | | | | 243.75 | | |
| 1562 | Extra Days Pay-Sls | 10/08/2023 -10/14/2023 | | | | 220.00 | | |
| 9088 | Total Hrs Paid inc Hol | 10/08/2023 -10/14/2023 | | | 50.25 | | | |
| **Total Taxable Earnings** | | | | | | **1,475.28** | | **70,422.41** |

| Imputed Income & Stock Transactions | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | | 0.55 | | 23.65 |
| 1920 | Recognition/service award | | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | | **0.55** | | **77.65** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 13.50 | 4,882.53 |
| 2021 | Medical Pre-Tax | | 54.50 | 1,989.92 |
| 2023 | Dental Pre-Tax | | 38.06 | 1,487.36 |
| 2024 | Vision Pre-Tax | | 3.69 | 142.65 |
| 2030 | Health Savings Account | | 19.23 | 826.89 |
| 2040 | AD&D - Employee | | 3.46 | 148.78 |
| 2041 | Spouse AD&D | | 0.87 | 24.01 |
| 2042 | Child AD&D | | 0.09 | 3.87 |
| 2080 | Short Term Disability | | 7.97 | 342.71 |
| 3603 | O/P Recovery - Reg 401k | | 125.00 | 3,916.19 |
| **Total Pre Tax Deductions** | | | **266.37** | **13,764.91** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2501 | 401(k) Loan 1 Plan 1 | | 37.28 | 1,603.04 |
| 2510 | Stock Purchase Plan | | 10.00 | 250.00 |
| 2521 | Addt'l Emp Life | | 12.98 | 558.14 |
| 2522 | Child Life | | 0.48 | 20.64 |
| 2523 | Spouse Trm Life | | 0.88 | 24.29 |
| 2560 | LTD | | 4.45 | 191.35 |
| 2582 | Roth 401(k) Plan 1 | | 13.50 | 112.25 |
| **Total Post Tax Deductions** | | | **79.57** | **2,759.71** |

| Employee Tax Deductions | Retro Period | Current Period | Year to Date |
|---|---|---|---|
| | | | |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| Cost Center | : | 2503303424 |
|---|---|---|
| Cost Center Desc | : | ZN-PHILADELPHIA ZONE |
| Department | : | 30018593 |
| Location | : | Valley Forge PA DC |

| Name | : | Robinson, Wendell |
|---|---|---|
| Address | : | 618 W. South Avenue |
| | | Glenolden PA  19036 |
| Personnel ID | : | 71058940 |
| Cost Center | : | 2503303424 |
| Payroll Area | : | U1 |

| Payroll Area Desc | : | Weekly Sales |
|---|---|---|
| Payroll Period | : | 10/22/2023 to 10/28/2023 |
| Pay Date | : | 10/27/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 10/27/2023 | 1,475.28 | | 134.56 | | 345.94 | | 994.78 |
| Year to Date | | 70,422.41 | | 9,906.87 | | 16,524.62 | | 43,990.92 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | |
|   Withholding Tax | | 1.52 | 1,209.46 | 3,212.57 | 56,735.15 |
|   EE Social Security Tax | | 75.83 | 1,222.96 | 3,820.30 | 61,617.68 |
|   EE Medicare Tax | | 17.74 | 1,222.96 | 893.46 | 61,617.68 |
| **State** | Pennsylvania | | | | |
|   Withholding Tax | | 37.53 | 1,222.41 | 1,890.95 | 61,594.03 |
|   EE Unemployment Tax | | 0.94 | 1,350.28 | 46.59 | 66,560.22 |
| **City** | Upper Merion Township | | | | |
|   Local Services Tax | | 1.00 | 1,222.41 | 43.00 | 61,594.03 |
| **Total Tax Deductions** | | **134.56** | | **9,906.87** | |
| **Check/Transfer Information** | | | | | |

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002041001 | 994.78 |

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center : | 2503303424 |
| Cost Center Desc : | ZN-PHILADELPHIA ZONE |
| Department : | 30018593 |
| Location : | Valley Forge PA DC |

| | | |
|---|---|---|
| Name | : | Robinson, Wendell |
| Address | : | 618 W. South Avenue |
| | | Glenolden PA  19036 |
| Personnel ID | : | 71058940 |
| Cost Center | : | 2503303424 |
| Payroll Area | : | U1 |

| | | |
|---|---|---|
| Payroll Area Desc | : | Weekly Sales |
| Payroll Period | : | 10/15/2023 to 10/21/2023 |
| Pay Date | : | 10/20/2023 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 10/20/2023 | 7,937.06 | | 2,115.38 | | 475.18 | | 5,346.50 |
| Year to Date | | 68,947.13 | | 9,772.31 | | 16,178.68 | | 42,996.14 |

### Taxable Earnings Summary by Earning Code

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 875.00 |
| 1116 | Addl Sales OT  .5 | 337.67 |
| 1499 | Performance Pay True Up | 6,724.39 |
| **Total Taxable Earnings Summary by Earning Code** | | **7,937.06** |

| Taxable Earnings | | | Current Period | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 875.00 | 1680.00 | 36,409.32 |
| 1116 | Addl Sales OT  .5 | | | | | | 14.25 | 413.30 |
| 1498 | Performance Pay Advance | | | | | | | 6,623.38 |
| 1499 | Performance Pay True Up | | | | | | | 15,326.26 |
| 1562 | Extra Days Pay-Sls | | | | | | | 400.00 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 1,000.00 |
| 1800 | O/P Adj Reg 401K | | | | | | | 7,048.53 |
| 8103 | PFP Vacation | | | | | | | 1,551.34 |
| 8104 | PFP Sick | | | | | | | 75.00 |
| 8106 | PFP Bereavement | | | | | | | 100.00 |
| 1116 | Addl Sales OT  .5 | 09/17/2023 -09/23/2023 | 12.10 | | 6.25- | 75.63- | | |
| 1116 | Addl Sales OT  .5 | 09/17/2023 -09/23/2023 | 29.61 | | 6.25 | 185.06 | | |
| 1116 | Addl Sales OT  .5 | 10/01/2023 -10/07/2023 | 28.53 | | 8.00 | 228.24 | | |
| 1499 | Performance Pay True Up | 09/10/2023 -09/16/2023 | | | | 1,620.16 | | |
| 1499 | Performance Pay True Up | 09/17/2023 -09/23/2023 | | | | 1,620.16 | | |
| 1499 | Performance Pay True Up | 09/24/2023 -09/30/2023 | | | | 1,620.16 | | |
| 1499 | Performance Pay True Up | 10/01/2023 -10/07/2023 | | | | 1,863.91 | | |
| 9088 | Total Hrs Paid inc Hol | 10/01/2023 -10/07/2023 | | | 48.00 | | | |
| **Total Taxable Earnings** | | | | | | **7,937.06** | | **68,947.13** |

| Taxable Earnings by Earning Code by Pay Period | | | |
|---|---|---|---|
| | | Retro Period (Blank is Current Pay Period) | Amount |
| 1116 | Addl Sales OT  .5 | 09/17/2023 - 09/23/2023 | 109.43 |
| 1116 | Addl Sales OT  .5 | 10/01/2023 - 10/07/2023 | 228.24 |
| 1499 | Performance Pay True Up | 09/10/2023 - 09/16/2023 | 1,620.16 |
| 1499 | Performance Pay True Up | 09/17/2023 - 09/23/2023 | 1,620.16 |
| 1499 | Performance Pay True Up | 09/24/2023 - 09/30/2023 | 1,620.16 |
| 1499 | Performance Pay True Up | 10/01/2023 - 10/07/2023 | 1,863.91 |
| 1007 | Performance Base Pay | | 875.00 |
| **Total Taxable Earnings by Earning Code by Pay Period** | | | **7,937.06** | 54.00 |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.55 | | 23.10 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.55** | | **77.10** |

| Pre Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2000 | 401(k) Plan 1 | 78.12 | 4,869.03 |
| 2021 | Medical Pre-Tax | 54.50 | 1,935.42 |
| 2023 | Dental Pre-Tax | 38.06 | 1,449.30 |
| 2024 | Vision Pre-Tax | 3.69 | 138.96 |
| 2030 | Health Savings Account | 19.23 | 807.66 |
| 2040 | AD&D - Employee | 3.46 | 145.32 |
| 2041 | Spouse AD&D | 0.87 | 23.14 |
| 2042 | Child AD&D | 0.09 | 3.78 |

| Rolling Frito-Lay Sales, LP<br>7701 Legacy Drive<br>Plano , TX 75024-0000 | | Cost Center<br>Cost Center Desc<br>Department<br>Location | :<br>:<br>:<br>: | 2503303424<br>ZN-PHILADELPHIA ZONE<br>30018593<br>Valley Forge PA DC |
|---|---|---|---|---|

| Name<br>Address | :<br>: | Robinson, Wendell<br>618 W. South Avenue<br>Glenolden PA  19036 | Payroll Area Desc<br>Payroll Period<br>Pay Date | :<br>:<br>: | Weekly Sales<br>10/15/2023 to 10/21/2023<br>10/20/2023 |
|---|---|---|---|---|---|
| Personnel ID<br>Cost Center<br>Payroll Area | :<br>:<br>: | 71058940<br>2503303424<br>U1 | | | |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 11 | |
| PA | Married | 00 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 10/20/2023 | 7,937.06 | | 2,115.38 | | 475.18 | | 5,346.50 |
| Year to Date | | 68,947.13 | | 9,772.31 | | 16,178.68 | | 42,996.14 |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2080 | Short Term Disability | | 7.97 | 334.74 |
| 3603 | O/P Recovery - Reg 401k | | 125.00 | 3,791.19 |
| **Total Pre Tax Deductions** | | | **330.99** | **13,498.54** |
| **Post Tax Deductions** | | **Retro Period** | **Current Amount** | **YTD Amount** |
| 2501 | 401(k) Loan 1 Plan 1 | | 37.28 | 1,565.76 |
| 2510 | Stock Purchase Plan | | 10.00 | 240.00 |
| 2521 | Addt'l Emp Life | | 12.98 | 545.16 |
| 2522 | Child Life | | 0.48 | 20.16 |
| 2523 | Spouse Trm Life | | 0.88 | 23.41 |
| 2560 | LTD | | 4.45 | 186.90 |
| 2582 | Roth 401(k) Plan 1 | | 78.12 | 98.75 |
| **Total Post Tax Deductions** | | | **144.19** | **2,680.14** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | **Federal** | | | | |
| Withholding Tax | | 1,285.13 | 7,606.62 | 3,211.05 | 55,525.69 |
| EE Social Security Tax | | 476.45 | 7,684.74 | 3,744.47 | 60,394.72 |
| EE Medicare Tax | | 111.43 | 7,684.74 | 875.72 | 60,394.72 |
| **State** | **Pennsylvania** | | | | |
| Withholding Tax | | 235.90 | 7,684.19 | 1,853.42 | 60,371.62 |
| EE Unemployment Tax | | 5.47 | 7,812.06 | 45.65 | 65,209.94 |
| **City** | **Upper Merion Township** | | | | |
| Local Services Tax | | 1.00 | 7,684.19 | 42.00 | 60,371.62 |
| **Total Tax Deductions** | | **2,115.38** | | **9,772.31** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 231372691 | SANTANDER BANK NATIONAL ASSOCIATION | XXXX2152 | Bank transfer | 7105894002038001 | 5,346.50 |